## STATE OF CONNECTICUT *v.* JOSE MANUEL ROBLES
## (AC 21132)

Flynn, Bishop and Hennessy, Js.

Argued June 12—officially released July 2, 2002

Per Curiam. The judgment is affirmed.

## BEATRICE MARTONE-ROSATO *v.* PHYLLIS GUARDIANO-NEIZWANGER ET AL.
## (AC 21799)

Flynn, Bishop and Hennessy, Js.

Argued June 12—officially released July 2, 2002

Per Curiam. The judgment is affirmed.

## MAUREEN B. O'BRIEN *v.* RONALD K. O'BRIEN
## (AC 21810)

Mihalakos, Dranginis and West, Js.

Argued June 11—officially released July 2, 2002

Per Curiam. The judgment is affirmed.